In the Matter of the Application of BELLE LEVEY, Appellant, against MARK GRAVES (Retired) and Others, Commissioners of Taxation and Finance of the State of New York, and Others, Respondents.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALBERT COHEN, Respondent, v. ROSE LEVIN COHEN, Appellant. PILGRIM STATE HOSPITAL and the DEPARTMENT OF MENTAL HYGIENE OF THE STATE OF NEW YORK, Appellants.— Orders unanimously modified by striking out that part of the order which suspends payment of thirty dollars a month for the care and maintenance of the defendant at Pilgrim State Hospital, and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. NELLIE BALDWIN, Defendant, Principal, CONTINENTAL CASUALTY AND SURETY COMPANY, Defendant, Surety, Respondent.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

ALBERT J. BLOND, Respondent, v. DAVID TOD BULKLEY, Individually, Sued Herein as DAVID TODD BULKLEY, and Others, Appellants.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

WALTER JACOBY, Appellant, v. MAX DELFINER, Respondent. LUDWIG PLAUT, Appellant, v. MAX DELFINER, Respondent.— Orders unanimously affirmed, each with ten dollars costs and disbursements to the respondent. No opinion. Present Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Application of RALPH C. TOBIN and Others, Petitioners, Appellants, against FIORELLO H. LAGUARDIA, as Mayor, and Others, as Constituting the Board of Estimate of the City of New York, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Townley and Callahan, JJ., dissent and vote to reverse and grant the motion. [178 Misc. 567.]

GERT VON GONTARD, Respondent, v. LUCIA VON GONTARD, Appellant.— Order unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

GLADYS V. JAECKEL, Appellant, v. H. FRANCIS JAECKEL, JR., Respondent.— Order unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Cohn and Callahan, JJ.

TRANSOCEANIC FISHERIES, INC., Respondent, v. WASHINGTON FISH AND OYSTER CO., INC., Appellant, Impleaded with Another, Defendant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.

In the Matter of the Arbitration of Controversies between HARRY A. HARRIS and Others, Respondents, and JOSEPH D. BASSON, President, and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Townley, Glennon, Cohn and Callahan, JJ.

ADELINA VALDANE, Respondent, v. ARVID E. VALDANE, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.